1 The People of the State of Colorado, Plaintiff-Appellee, v. Thomas John Maddock, Defendant-Appellant. No. 20CA0034
Court of Appeals of Colorado, First Division
January 20, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Pueblo
 County District Court No. 07CR1644 Honorable Larry C.
 Schwartz, Judge
 
 
 
 OPINION
 
 
 
 TAUBMAN, [*]
 JUDGE
 
 
 ORDER
 AFFIRMED
 
 
 Dailey
 and Fox, JJ., concur
 
 2
 
 ---------
 
 
 Notes:
 
 
 [*]
 Sitting by assignment of the Chief Justice under provisions
 of Colo. Const. art. VI, § 5(3), and § 24-51-1105,
 C.R.S. 2021.
 
 
 ---------